UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN O'KEEFE,<br><br>    Plaintiff,<br><br>    v.<br><br>TESLA MOTORS, et al.,<br><br>    Defendants. | Case No. 3:16-cv-07179-WHO<br><br>**ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE**<br><br>Re: Dkt. No. 29 |

On April 3, 2017, I issued an order to show cause directing plaintiff to respond to defendants' motion to dismiss by April 17, 2017.[1] Dkt. No. 29. Plaintiff has not responded to defendants' motion, nor has he otherwise responded to the order to show cause.

Accordingly, this action is DISMISSED for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Dated: April 24, 2017

William H. Orrick
United States District Judge

---

[1] Defendants filed their motion on February 22, 2017. Dkt. No. 14. His response was initially due on March 8, 2017, and then moved to March 20, 2017, after the case was reassigned to me. Dkt. No. 25.